No. 4,583.—GORDON CAMPBELL, APPELLANT, *v.* MARTIN OLSON ET AL., RESPONDENTS.

*Appeal from District Court, Musselshell County; Geo. P. Jones, Judge.*

Decided January 4, 1922.

PER CURIAM.—Pursuant to motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. Thos. J. Mathews* and *Mr. Ulysses A. Gribble,* for Appellant.

---

No. 4,923.—STATE, RESPONDENT, *v.* TOM KOTSIAKES, APPELLANT.

*Appeal from Custer County; S. D. McKinnon, Judge.*

Decided January 5, 1922.

PER CURIAM.—Pursuant to motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. P. F. Leonard,* for Appellant.

---

No. 4,604.—ALICE G. HUTCHINSON, APPELLANT, *v.* ED. EASLEY ET AL., RESPONDENTS.

*Appeal from Richland County; C. C. Hurly, Judge.*

Decided January 5, 1922.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.